UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No. 2:25-cv-08523-DSF-KES                                    Date: November 17, 2025

Title: DAIMON MCGUIRE v. THE CITY OF LOS ANGELES, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **Order to Show Cause Why This Case Should Not Be Dismissed for Failure to File an Updated and Complete In Forma Pauperis Application (Form CV-60)**

This Court orders Daimon McGuire ("Plaintiff") to show cause why Case No. 2:25-cv-08523-DSF-KES should not be dismissed for failure to file an updated and complete in forma pauperis ("IFP") application (Form CV-60) in compliance with this Court's order (see Dkt. 6). The Court was expecting Plaintiff's filing by October 25, 2025. That deadline has come and passed.

Petitioner is therefore ORDERED, on or before **December 17, 2025**, to show cause why his case should not be dismissed for failure to file an updated and complete IFP application. Alternatively, Petitioner may discharge this Order to Show Cause by instead filing Form CV-60 in accordance with the Court's instructions (see Dkt. 6) by **December 17, 2025**.

Initials of Deputy Clerk jd